FILED
IN CLERKS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 MAY 19  A 10: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHARLENE PARADISE,<br>ADMINISTRATRIX OF THE ESTATE<br>OF PATRICK W. MCTAGUE<br><br>v.<br><br>KEVIN MCTAGUE and<br><br>FORTIS BENEFITS INSURANCE COMPANY | 04-40078-NMG |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Fortis Benefits Insurance Company makes the following disclosure:

Fortis Benefits Insurance Company is a wholly-owned subsidiary of Interfinancial, Inc., which in turn is a wholly-owned subsidiary of Assurant, Inc.

RAWLE & HENDERSON, LLP

By: _____
Gary N. Stewart, Esquire
B.B.O. # 562537
25 North Front Street, 1st Floor
Harrisburg, PA  17101
Attorneys for Defendant
Fortis Benefits Insurance Company
(717) 234-7700
(717) 234-7710 - Fax

976336 v.1

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant, Fortis Benefits Insurance Company, hereby certifies that on this date a true and correct copy of the Corporate Disclosure Statement was served by first class mail, postage prepaid, to the following:

Carolyn R. Henderson, Esquire
285 Main Street
Worcester MA   01608

Kevin McTague
404 Treasure Island
Webster, MA   01570

By: _____
Gary N. Stewart, Esquire

Date: 5-18-04

976336 v.1