

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS  I  P  I: 0 I

|  |  |  |
|---|---|---|
| CHARLENE PARADISE, ADMINISTRATRIX | ) | PROBATE AND FAMILY COURT |
| OF THE ESTATE OF PATRICK W. MCTAGUE | ) | DOCKET NO. 04-E0034-GCL |
|  | ) |  |
| Plaintiff, | ) | JOINT MOTION TO AMEND |
|  | ) | PLAINTIFF'S COMPLAINT IN |
|  | ) | EQUITY |
|  | ) |  |
| KEVIN MCTAGUE and FORTIS BENEFITS | ) |  |
| INSURANCE COMPANY | ) |  |
|  | ) |  |
| Defendant | ) |  |

Now come the Plaintiff, Charlene Paradise, and the Defendant, Fortis Benefits Insurance Company (hereinafter referred to as ' Fortis '), in the above-captioned matter and agree to amend the Complaint In Equity for the following reasons:

1. The Plaintiff, Charlene Paradise, commenced this action in The Commonwealth of Massachusetts, Probate and Family Court, on or about April 14, 2004. A true and correct copy of the Complaint is attached hereto as Exhibit " A."

2. Ms. Paradise was appointed Administratrix of the Estate of her twenty three year old son, Patrick W. McTague on or about October 22, 2003, based on her knowledge of Patrick having a life insurance policy in the amount of $34,000.00 that would allow her to pay off all the funeral expenses and her son's remaining debts. A true and correct copy of the decree of appointment by the Worcester Probate and Family Court is attached hereto as Exhibit " B. "

3. Ms. Paradise was informed by Fortis that Patrick's policy did not list a beneficiary and, based on the advice of their legal department, the proceeds of the insurance policy should be distributed equally to his mother, Ms. Paradise and his father, Mr. Kevin McTague, the heirs at law.

4. Ms. Paradise felt as Administratrix of her son's estate, the insurance proceeds should be used to affectuate the payments of these expenses and/or debts and Mr. McTague should share equally in these payments.

5. Ms. Paradise was informed by her ex-husband and Patrick's father, Mr. Kevin McTague, that he would not share in any of the funeral expenses and debts of his son once he received any insurance proceeds.

6.  Ms. Paradise repeatedly attempted to arrange meetings with Mr. McTague and his attorney to resolve this and avoid court action but to no avail.

7.  The Probate and Family Court recommended adding the two (2) Defendants, Fortis Benefits Insurance Company and Kevin McTague, to the Complaint In Equity.

8.  The Plaintiff served Fortis Benefits Insurance Company on or about April 20, 2004.

9.  A Notice of Removal of this case to the United States District Court for the District of Massachusetts from the Worcester Probate and Family Court, Commonwealth of Massachusetts on the basis of subject matter jurisdiction pursuant to 28 U.S. C. § 1331 and 29 U.S.C. § 1132 (e) was dated May 18, 2004..

10.  The Plaintiff wishes to amend the Complaint In Equity and remove the Defendant, Fortis Benefits Insurance Company, in this matter;

11.  The Defendant, Fortis Benefits Insurance Company, through its attorney, joins the Plaintiff in this Motion To Amend;

12.  The removal of the Defendant, Fortis Benefits Insurance Company, eliminates the federal jurisdiction in this matter;

13.  The Plaintiff will file an Amended Complaint removing the Defendant, Fortis Benefits Insurance Company and A Motion To Remand to The Worcester Probate and Family Court, the Court of original jurisdiction.

Respectfully submitted,

Dated: May 28, 2004

_Carolyn R. Henderson_
Carolyn R. Henderson, Esquire
285 Main Street
Worcester, MA 01608
Attorney for Plaintiff
Charlene Paradise, Administratrix for the Estate of
Patrick W. McTague
(508) 756-4478
(508) 798-5706

RAWLE & HENDERSON, LLP


By: _____
Gary N. Stewart, Esquire
B.B.O. # 562537
25 North Front Street, 1st Floor
Harrisburg, PA 17101
Attorneys for Defendant
Fortis Benefits Insurance Company
(717) 234-7700
(717) 234-7710

Dated: May 28, 2004

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff, Charlene Paradise, and Defendant, Fortis benefits Insurance Company, hereby certify that on this date a true and correct copy of the Joint Motion To Amend Plaintiff's Complaint In Equity was served by first class mail, postage prepaid, to the following:

James F. Connors, Esquire
58 Oliver Street
P.O. Box 7592
Fitchburg, MA 01420

# E X H I B I T  "A"

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS

PROBATE & FAMILY COURT
DOCKET NO. 04E0034-GC1

CHARLENE PARADISE,                          )
ADMINISTRATRIX OF THE ESTATE                )
OF PATRICK W. MCTAGUE                        )
        PLAINTIFF                            )
V.                                          ) COMPLAINT IN EQUITY
                                            )
KEVIN MCTAGUE                                )
        DEFENDANT                            )
                                            )
FORTIS BENEFITS INSURANCE COMPANY           )
        DEFENDANT                            )

Now comes the Plaintiff in the above-entitled matter and moves this Court to enter relief
for the following reasons:

1. The Plaintiff was appointed Administratrix of the Estate of her son, Patrick W.
   McTague on October 22, 2003.

2. Mr. McTague died intestate with no spouse or children.

3. The next of kin according to the intestacy laws of the Commonwealth of
   Masachusetts are Patrick's parents, Charlene Paradise and Kevin McTague
   who are divorced.

4. The only asset in Mr. Patrick McTague's estate is a group life insurance
   policy in the amount of $34,000.00 with Fortis Benefits Insurance Company
   offered as a benefit of his employment.

5. A beneficiary of the policy was never named prior to Mr. McTague's death.

6. The debts and liabilities of the estate, including all the funeral-related costs
   and expenses, amount to almost $30,000.00.

7. Mrs. Paradise accepted the responsibility for all the funeral related expenses
   and Mr. Kevin McTague has refused to assume or offered to accept any
   responsibility for any of these costs.

8. Mrs. Paradise requested that the Fortis Benefits Insurance Company send her the full amount of the policy as the appointed Administratrix of Patrick's estate so she could pay all the debts and expenses and then distribute/split the balance, if any, to the heirs at law, Mr. Kevin McTague and herself.

9. The Fortis Benefits Insurance Company states there is a clause in their policy that specifically allows them to send the proceeds of the policy to the next of kin, according to the intestacy laws of the particular state, if there is not a named beneficiary of the policy.

10. Fortis Benefits Insurance Company has stated that it fully intends to follow the clause in the group policy and submit the remaining ½ of the policy directly to Mr. Kevin McTague. Mr. Mctague has refused to honor the remaining debts and funeral expenses of his deceased son.

10. The Fortis Benefits Insurance Company agreed to send Mrs. Paradise her share of the life insurance policy to pay for the funeral expenses until the Court offers its opinion on whether it should send the balance to her to pay the remainder of the debt or to her ex-husband, as next of kin.

WHEREFORE, the Plaintiff, Mrs. Charlene Paradise, requests that the Court order the Fortis Benefits Insurance Company to pay her the entire amount of the group life insurance policy so that she may pay all of the estate's debts and expenses as Administratrix of the Estate of her son, Patrick W. McTague, and order her ex-husband to pay over to her any proceeds that might be sent to him prior to an order of the Court to make said payments.

Respectfully Submitted
Charlene Paradise
By her attorney

Carolyn R. Henderson
285 Main Street
Worcester, MA 01608
Tel: (508) 756-4478
BBO# 631652

# EXHIBIT " B"

*For Paul*

## Commonwealth of Massachusetts
### The Trial Court
__WORCESTER__ Division     Probate and Family Court Department     Docket No. _03P2787AD1_

*Filed Sept 22, 2003*

### Administration With/~~Without~~ Sureties

Name of Decedent __PATRICK W. MCTAGUE__

Domicile at Death __98 HARRINGTON AVENUE__ (Street and No.)                    __SHREWSBURY__ (City or Town)

__WORCESTER__ (County)                __01545__ (Zip)     Date of Death __AUGUST 1, 2003__

Name and address of Petitioner(s) __CHARLENE PARADISE     10 SPRING CIRCLE, SHREWSBURY__

__MASSACHUSETTS     01545__ _____ Status __MOTHER__

#### Heirs at law or next of kin of deceased including surviving spouse:

| Name | Residence (minors and incompetents must be so designated) | Relationship |
|---|---|---|
| Charlene Paradise | 10 Spring Circle, Shrewsbury, MA 01545 | Mother |
| Kevin McTAGUE | 404 Treasure Island, Webster, MA 01570 | Father |
| Timothy McTague | 10 Spring Circle, Shrewsbury, MA 01545 | Brother (minor) |

[X] The petitioner(s) hereby certif _ies_ that a copy of this document, along with a copy of the decedent's death certificate has been sent by <u>certified mail</u> to the **Division of Medical Assistance, P.O. Box 15205, Worcester, Massachusetts 01615-9906.**

Petitioner(s) pray(s) that ~~he/she/they~~ _____
_____ be appointed administrat _rix_ of said estate with/~~without~~ surety on ~~his/her/their~~ bond(s) and certif _ies_ under the penalties of perjury that the foregoing statements are true to the best of ~~his/~~her~~/their~~ knowledge and belief.

Date __9/19/2003__                    Signature(s) *Charlene Paradise*

The undersigned hereby assent to the foregoing petition.

_____     _____

_____     _____

_____     _____

### DECREE

All persons interested having been notified in accordance with the law or having assented and no objections being made thereto, it is decreed that __Charlene Paradise__ of__ Shrewsbury __ County of__ Worcester __ be appointed administrat _rix_ of said estate first giving bond with__ ____ ~~sureties for the due performance of said trust~~

Date__ October 22, 2003 __                    _____
                    JUSTICE OF THE PROBATE AND FAMILY COURT

CJ-P1 (11/01)