FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLENE PARADISE, ADMINISTRATRIX ) | PROBATE AND FAMILY COURT |
| OF THE ESTATE OF PATRICK W. MCTAGUE ) | DOCKET NO. 04-E0034-GCL |
| ) | |
| Plaintiff, ) | MOTION TO REMAND |
| ) | PLAINTIFF'S COMPLAINT IN |
| vs. ) | EQUITY TO WORCESTER |
| ) | PROBATE AND FAMILY COURT |
| KEVIN MCTAGUE ) | |
| ) | |
| Defendant, ) | |

Now comes the Plaintiff, Charlene Paradise, in the above-captioned matter and requests that this Court remand the Plaintiff's Complaint In Equity to the Worcester Probate and Family Court for the following reasons:

1. The Plaintiff, Charlene Paradise, commenced this action in The Commonwealth of Massachusetts, Probate and Family Court, on or about April 14, 2004. A true and correct copy of the Complaint is attached hereto as Exhibit " A."

2. Ms. Paradise originally named two (2) Defendants in this action one of which was Fortis Benefits Insurance Company ( hereinafter referred to as ' Fortis '), the insurance company used by Patrick McTague's employer.

3. The policy at issue was established as an employee welfare benefit plan.

4. This plan is subject to and governed by the provisions of the Employee Retirement Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 et. seq.

5. A cause of action filed in state court seeking recovery of benefits under an employee welfare benefit plan is removable to federal court pursuant to 28 U.S.C. § 1441 ( c ) as an action arising under a federal law.

6. The Attorney for Fortis filed a Notice of Removal in The United States District Court For The Commonwealth of Massachusetts pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1332 (e).

7. The Plaintiff, Ms. Paradise, and the Defendant, Fortis, filed a Joint Motion To Amend The Plaintiff's Complaint In Equity to dismiss Fortis as a Defendant

8. If the Motion To Amend is allowed, there would no longer be an action arising under federal law giving jurisdiction to The United States District Court For The Commonwealth of Massachusetts. The Motion To Remand would more properly allow this matter to be heard in the Worcester Probate and Family Court, the court of original jurisdiction.

WHEREFORE, the Plaintiff respectfully requests that this court allow the Motion To Remand The Plaintiff's Complaint In Equity.

Respectfully submitted,

Dated: May 28, 2004

_____
Carolyn R. Henderson, Esquire
285 Main Street
Worcester, MA 01608
Attorney for Plaintiff
Charlene Paradise, Administratrix for the Estate of
Patrick W. McTague
(508) 756-4478
(508) 798-5706

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff, Charlene Paradise, hereby certifies that on this date a true and correct copy of The Motion To Remand Plaintiff's Complaint In Equity To The Worcester Probate and Family Court was served by first class mail, postage prepaid, to the following:

>James F. Connors, Esquire
>58 Oliver Street
>P.O. Box 7592
>Fitchburg, MA 01420