UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Charlene Paradise, Administratrix
of the Estate of Patrick W. McTague,
    Plaintiff(s)
                              CIVIL ACTION
V.                             NO. 04cv40078

Kevin McTague and Fortis Benefit
Insurance Company,
    Defendant(s)

**GORTON, D.J.**

### ORDER FOR REMAND

In accordance with the Court's allowance of Motion to Remand issued on 6/29/04 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester Probate and Family Court for further proceedings.

                                          By the Court,

DATED: June 29, 2004

                                          /s/Martin Castles
                                          Deputy Clerk